NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRANDON EDWARDS,  )
                  )
         Appellant,  )
                  )
v.                )          Case No. 2D17-3438
                  )
STATE OF FLORIDA,  )
                  )
         Appellee.  )
_____)

Opinion filed November 7, 2018.

Appeal from the Circuit Court for
Manatee County; Brian Iten, Judge.

Howard L. Dimmig, II, Public Defender, and
Timothy J. Ferreri, Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Brandon R. Christian,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, KELLY, and ATKINSON, JJ., Concur.